## 11319

FOSTER *ET AL.* v CITY OF GREENVILLE *ET AL.*

(128 S. E., 39)

Before C. J. RAMAGE, SPECIAL JUDGE, Greenville, January, 1923. Affirmed.

Action by G. L. Foster and others against City of Greenville, and City Council of Greenville. Judgment for defendants and plaintiffs appeal.

*Messrs. Bonham, Price and Poag* and *Dean, Cothran & Wyche,* for appellants, cite: *Citations of Messrs. Nichols & Wyche in Clegg v. City of Spartanburg,* 128 S. E., 26.

*Messrs. Haynsworth & Haynsworth,* for respondents, cite: *Pool and billiard rooms may be prohibited:* 225 U. S.,

623; 56 L. Ed., 1229; 41 L. R. A. (N. S.), 153; 108 S. C., 98; 93 S. E., 397. *Previous city license ineffective against ordinance:* 225 U. S., 623; 56 L. Ed., 1229; 41 L. R. A. (N. S.), 153; 123 U. S., 623; 97 U. S., 659; 92 S. C., 374. *Pool and billiard rooms inside municipalities not licensed by State:* Civil Code, 1912, Sec. 3431; Criminal Code, 1912, Sec. 318 and 319. *Authority of municipalities to prohibit pool rooms not excluded by implication:* Civil Code, 1912, Sec. 3430; 3431 and 3432.

January 14, 1925.

The opinion of the Court was delivered by MR. JUSTICE MARION.

This case involves the identical question disposed of in *W. F. Clegg and R. T. Thomason v. City of Spartanburg,* 128 S. E., 36, and was heard with and is ruled by that case.

For the reasons stated in the opinion filed in that case, the judgment of the Circuit Court is affirmed.

MR. CHIEF JUSTICE GARY and MESSRS. JUSTICES WATTS, FRASER and COTHRAN concur.